# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CATHY DUGUID, | ) | NO. EDCV 07-00471 SVW (SS) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 7/2/08

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE